**BACKES & HILL, LLP**
3131 Princeton Pike,
Lawrenceville, NJ 08648
Telephone: (609) 396-8257 x 304
Facsimile: (609) 859-2933
Michael J. Conlan, Esq.
Email: conlan@backesandhill.com
*Attorney for Plaintiff Columbus Life Insurance Company*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

-----------------------------------------------------------x

| | |
|---|---|
| COLUMBUS LIFE INSURANCE COMPANY<br><br>Plaintiff,<br><br>v.<br><br>MARGARET RIBECA., *et al.,*<br><br>Defendants. | Civil Action No.: 3:17-cv-06062-AET-TJB<br><br>**CERTIFICATION OF ERIC W. RICHARDSON IN SUPPORT OF PLAINTIFF'S MOTION FOR ADMISSION *PRO HAC VICE*** |

-----------------------------------------------------------x

Eric W. Richardson, of full age, hereby certifies as follows:

1. I am a partner with the law firm of Vorys, Sater, Seymour and Pease LLP, 301 East Fourth Street, Suite 3500, Cincinnati, Ohio 45202.

2. I am familiar with the facts stated herein and circumstances surrounding this litigation. I make this Certification pursuant to *L. Civ. R.* 101.1(c) and in support of Plaintiff, Columbus Life Insurance Company's ("CLIC") motion for my admission to this Court *pro hac vice* to represent it in this matter. I am familiar with the Local Rules of the United States District Court for the District of New Jersey and agree to abide by them. I am aware of my obligations under *L. Civ. R.* 101.1(c) and consent to the disciplinary jurisdiction of the Court in accordance with the Local Rules.

3. I have been admitted before the following courts in the years indicated:

> Bar of the State of Ohio, November /1996, (Bar No. 0066530);
>
> The Commonwealth of Kentucky, May /1997, (Bar No. 86738)
>
> U.S. Supreme Court, October / 2002;
>
> U.S. Courts of Appeals for the Sixth Circuit, June / 1997;
>
> U.S. Courts of Appeals for the Federal Circuit, October /1999;
>
> U.S. District Court for the Northern District of Ohio, October / 2007;
>
> U.S. District Court for the Southern District of Ohio, June /1997;
>
> U.S. District Court for the Eastern District of Kentucky, August / 1998; and
>
> U.S. District Court for the Western District of Kentucky, September / 2003

I am a member in good standing at the bars of each of these courts. I am not under suspension or disbarment by any court, nor have I been the subject of disciplinary proceedings by any court or governing body. Attached hereto as **Exhibit A** is a certificate of good standing from the Supreme Court of Ohio.

4. I have a long-standing relationship with CLIC, and have represented CLIC in other litigation. I have an advanced knowledge of CLIC's business and facts and circumstances surrounding the present interpleader action. I am further familiar with the legal issues involved. It is the desire of CLIC that I be admitted *pro hac vice* and actively participate in this litigation.

5. Pursuant to the rules of this Court, all pleadings submitted on behalf of CLIC in this litigation will be signed by the firm of Backes & Hill, LLP. I will be held responsible for the content of all such papers, for the conduct of this matter, and the conduct of myself before this Court.

6. I will comply with all requirements of the Rules of this Court, including the disciplinary rules.

7. In light of the foregoing, I respectfully request on behalf of CLIC that I be

admitted *pro hac vice* for the purpose of representing it in this matter in association with local counsel, Backes & Hill, LLP.

I hereby certify that the foregoing statements made by me are true. I am aware that if any foregoing statements made by me are willfully false, I am subject to punishment.

Dated: 9-7-17

Eric W. Richardson

# Exhibit A

# The Supreme Court of Ohio

## CERTIFICATE

I, GINA WHITE PALMER, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Services of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

Eric Wade Richardson

was admitted to the practice of law in Ohio on November 12, 1996; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.

IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 23rd day of August, 2017.

GINA WHITE PALMER
*Director, Attorney Services Division*

*Tammy White*
Tammy White
*Attorney Services Manager*